ORIGINAL

O'REILLY & FERRARIO, LLC
D. Kevin DeGraw, Esq.
Nevada Bar No. 7673
325 S. Maryland Parkway
Las Vegas, Nevada 89101
Telephone: (702) 382-2500
Facsimile: (702) 384-6266
E-Mail: dkd@oreillyferrario.com
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

BEDROC LIMITED, L.L.C., a Nevada Limited Liability Company, and WESTERN Elite, a Nevada Corporation,

   Plaintiffs,

vs.

The UNITED STATES OF AMERICA, BRUCE BABBITT, Secretary of the Interior; UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT; and CURTIS L. TUCKER, Area Manager, Caliente Resource Area, Bureau of Land Management,

   Defendants.

Case No.: CV-S-98-01012-PMP(LRL)

## DECLARATORY JUDGMENT AND ORDER QUIETING TITLE

This matter came before the Court on Plaintiffs' Complaint for Declaratory Judgment, Injunctive Relief and an Order Quieting Title.

At issue is title to sand and gravel (defined hereinafter to include silt and other common borrow material) found on property (the "Property") legally described as:

  a.  The East ½ of Section 24 Township 11 South, Range 62 East, M.D.B.&M.

  b.  The East ½ of the West ½ of Section 24 Township 11 South, Range 62 East, M.D.B.&M.

101

c. The East ½ of the Northeast ¼ of Section 25 Township 11 South, Range 62 East, M.D.B.&M.

Plaintiff Western Elite holds title to a portion of the Property, legally described as the Southeast ¼ of the Southeast ¼ of Section 24, Township 11 South, Range 62 East M.D.B.&M. Plaintiff BedRoc Limited, LLC holds title to the remainder of the Property.

The merits of this case were decided on appeal by the United States Supreme Court, in *Bedroc Limited, LLC, et al. v. United States of America*, 02-1593, 124 S.Ct. 1587 (Mar. 31, 2004). For the reasons set forth in the opinion of the United States Supreme Court, which is incorporated herein by reference. the Court hereby grants Plaintiffs' prayer for relief as follows:

1. Pursuant to 28 U.S.C. § 2201 - 2202, DECLARATORY JUDGMENT IS HEREBY ENTERED declaring that the sand and gravel on the Property are not "valuable minerals" within the meaning of the Pittman Underground Water Act, 43 U.S.C. §§ 351 - 355 (repealed) (the "Pitman Act"), that the sand and gravel, were not reserved to the United States of America by the March 12, 1940 Pitman Act Patent conveying the Property to Newton and Mabel Butler (the "Butlers"), and that title to the sand and gravel on the Property passed to the Butlers via the March 12, 1940 Pitman Act Patent.

2. JUDGMENT IS FURTHER ENTERED, pursuant to 28 U.S.C. § 2409a, quieting title to the sand and gravel on the Property exclusively in Plaintiff BedRoc Limited, LLC and Plaintiff Western Elite, Inc. for each Plaintiff's respective portion of the Property.

DATED this ___ day of ___ Nov ___, 2004.

HON. PHILLIP M. PRO
UNITED STATES DISTRICT COURT

1 | Approved as to form:

2

3

4 | Blaine T. Welsh, Esq.
5 | 333 Las Vegas Blvd., #5000
Las Vegas, Nevada 89101
6 | Assistant United States Attorney General
Attorney for Defendants
7

8 | Submitted by:

9

10 | **O'REILLY & FERRARIO, LLC**

11

12 | By: _____

13 | D. Kevin DeGraw, Esq.
Nevada Bar No. 7673
14 | 325 South Maryland Parkway
Las Vegas, Nevada 89101
15 | Attorney for Plaintiffs

16

17

18

19

20

21

22

23

24

25

26 | _____

27 | *BedRoc Limited, L.L.C., et al v. The United States of America, et* al.; Case No CV-S-98-01012-PMP(LRL) - Declaratory Judgment and Order Quieting Title
28

\\newprolaw\prolaw\documents\30609-00001\Pleadings\58677.wpd        3